IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | CASE NO. 21-cv-00616-RP |
| AUSTIN REEVE JACKSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' MOTION TO EXCEED PAGE LIMITS FOR THEIR
MOTION FOR SUMMARY JUDGMENT**

TO THE HONORABLE COURT:

Plaintiffs file this Motion for Leave to Exceed Page Limits for their Motion for Summary Judgment, and would show the Court as follows:

1. Plaintiffs are requesting this Court to grant summary judgment and declare that Texas Senate Bill 8 ("S.B. 8") is unconstitutional and cannot lawfully be enforced, and to issue injunctive relief.

2. S.B. 8 poses multiple complex constitutional issues involving rights under the Fourteenth Amendment to the United States Constitution and the First Amendment to the United States Constitution and federal preemption. Plaintiffs seek leave to exceed the page limit to provide the Court with the necessary context for, and the argument and legal authorities in support of, their multiple claims.

3. Plaintiffs respectfully request that they be granted leave to exceed the 20-page limit in Local Rule CV-7(d). Plaintiffs' Motion for Summary Judgment and Memorandum in Support Thereof is 50 pages long.

WHEREFORE, Plaintiffs respectfully ask the Court to grant their Motion for Leave to Exceed Page Limits for Plaintiffs' Motion for Summary Judgment.

Dated: July 13, 2021

Respectfully submitted,

/s/ Christen Mason Hebert

| | |
|---|---|
| Christen Mason Hebert<br>(Texas Bar No. 24099898)<br>Johns & Hebert PLLC<br>2028 East Ben White Blvd<br>Suite 240-1000<br>Austin, TX 78741<br>(512) 399-3150<br>chebert@johnshebert.com<br><br>*Attorney for all Plaintiffs*<br><br>Marc Hearron (Texas Bar No. 24050739)*<br>Center for Reproductive Rights<br>1634 Eye St., NW, Suite 600<br>Washington, DC  20006<br>(202) 524-5539<br>mhearron@reprorights.org<br><br>Molly Duane*<br>Kirby Tyrrell*<br>Melanie Fontes*<br>Center for Reproductive Rights<br>199 Water Street, 22nd Floor<br>New York, NY 10038<br>(917) 637-3631<br>mduane@reprorights.org<br>ktyrrell@reprorights.org<br>mfontes@reprorights.org<br><br>Jamie A. Levitt*<br>J. Alexander Lawrence*<br>Morrison & Foerster LLP<br>250 W. 55th Street<br>New York, NY 10019<br>(212) 468-8000<br>jlevitt@mofo.com<br>alawrence@mofo.com | Julie Murray*<br>Richard Muniz*<br>Planned Parenthood Federation of America<br>1110 Vermont Ave., NW Ste. 300<br>Washington, DC 20005<br>(202) 973-4997<br>julie.murray@ppfa.org<br>richard.muniz@ppfa.org<br><br>*Attorneys for Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar*<br><br>Julia Kaye*<br>Brigitte Amiri*<br>Chelsea Tejada*<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY 10004<br>(212) 549-2633<br>jkaye@aclu.org<br>bamiri@aclu.org<br>ctejada@aclu.org<br><br>Lorie Chaiten*<br>American Civil Liberties Union Foundation<br>1640 North Sedgwick Street<br>Chicago, IL 60614<br>(212) 549-2633<br>rfp_lc@aclu.org<br><br>Adriana Pinon (Texas Bar No. 24089768)<br>David Donatti (Texas Bar No. 24097612)<br>Andre Segura (Texas Bar No. 24107112)<br>ACLU Foundation of Texas, Inc.<br>5225 Katy Freeway, Suite 350 |

ny-2125972

*Attorneys for Whole Woman's Health, Whole Woman's Health Alliance, Marva Sadler, Southwestern Women's Surgery Center, Allison Gilbert, M.D., Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services, Houston Women's Reproductive Services, Reverend Daniel Kanter, and Reverend Erika Forbes.*

Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966
apinon@aclutx.org
ddonatti@aclutx.org
asegura@aclutx.org

*Attorneys for Houston Women's Clinic*

Stephanie Toti
LAWYERING PROJECT
41 Schermerhorn Street #1056
Brooklyn, NY 11201
(646) 490-1083
stoti@lawyeringproject.org

Rupali Sharma*
LAWYERING PROJECT
197 Pine Street, Apt. 23
Portland, ME 04102
(908) 930-6445
rsharma@lawyeringproject.org

*Attorneys for The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, North Texas Equal Access Fund*

\* *Pro hac vice applications forthcoming*

**CERTIFICATE OF SERVICE**

I certify that, on the 13th day of July, 2021, I electronically filed a copy of the above document with the Clerk of the Court using the CM/ECF system, and personally served all Defendants.

                                                 */s/ Christen Mason Hebert*
                                                 Christen Mason Hebert

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, *et al.*, | ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) | CIVIL ACTION |
| AUSTIN REEVE JACKSON, *et al.*, | ) ) ) | CASE NO. 21-cv-00616-RP |
| Defendants. | ) ) ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO EXCEED PAGE LIMITS FOR
THEIR MOTION FOR SUMMARY JUDGMENT**

Having considered Plaintiffs' Motion to Exceed Page Limits for their Motion for a Summary Judgment, and good cause being shown therefor,

IT IS HEREBY ORDERED that Plaintiffs' Motion is GRANTED.

Dated: _____

_____
UNITED STATES DISTRICT JUDGE

ny-2125972