UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>AUSTIN REEVE JACKSON, et al.,<br><br>Defendants. | CASE NO. 1:21-CV-00616-RP |

APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this Court, and I appear in this case as counsel for: Plaintiffs The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, and North Texas Equal Access Fund.

Date:   July 15, 2021

Respectfully submitted,

*Stephanie Toti*
Stephanie Toti
N.Y. Bar No. 4270807
LAWYERING PROJECT
41 Schermerhorn Street, No. 1056
Brooklyn, NY 11201
stoti@layweringproject.org
Phone: (646) 490-1083