UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Whole Woman's Health**, et al., <br><br> Plaintiffs, <br><br> v. <br><br> **Austin Reeve Jackson**, et al., <br><br> Defendants. | Case No. 1:21-cv-00616-RP |

## NOTICE OF APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record.

I am admitted to practice in this court, and I appear in this case as counsel on behalf of defendant Mark Lee Dickson.

                                                       Respectfully submitted.

                                           /s/ Jonathan F. Mitchell
                                          JONATHAN F. MITCHELL
                                          Texas Bar No. 24075463
                                          Mitchell Law PLLC
                                          111 Congress Avenue, Suite 400
                                          Austin, Texas 78701
                                          (512) 686-3940 (phone)
                                          (512) 686-3941 (fax)
                                          jonathan@mitchell.law

                                          *Counsel for Defendant*
                                          *Mark Lee Dickson*

## CERTIFICATE OF SERVICE

I certify that on July 27, 2021, I served this document through CM/ECF upon all counsel of record in this case.

        /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendant*
*Mark Lee Dickson*