IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, et al., § § *Plaintiffs,* § v. § § AUSTIN REEVE JACKSON, et al., § § *Defendants.* § | Cause No. 1:21-cv-00616-RP |

**DEFENDANTS' OPPOSED MOTION TO STAY SUMMARY JUDGMENT
AND CLASS CERTIFICATION PROCEEDINGS**

Defendants file this Opposed Motion to Stay Summary Judgment and Class Certification Proceedings, respectfully showing the following:

Plaintiffs filed this lawsuit on July 13, 2021. *See* Docket No. 1. The various State Defendants[1] and Defendant Penny Clarkston received service on either July 14 or July 15, 2021. Defendant Mark Lee Dickson was served on July 16, 2021. Pursuant to the applicable rules, State Defendants intend to file their responsive pleadings by August 4, 2021, and Mr. Dickson intends to file his responsive pleading by August 6, 2021. Defendants are also aware that Plaintiffs have filed a lengthy

---

[1] The State Defendants include Hon. Austin Reeve Jackson, Judge of the 114th Judicial District Court; Stephen Brint Carlton, Executive Director of the Texas Medical Board; Katherine A. Thomas, Executive Director of the Texas Board of Nursing; Cecile Erwin Young, Executive Commissioner of the Texas Health and Human Services Commission; Allison Vordenbaumen Benz, Executive Director of the Texas Board of Pharmacy; and Ken Paxton, Attorney General of Texas (collectively "State Defendants"). Plaintiffs have sued State Defendants in their official capacities.

motion for summary judgment (Docket No. 19) and a separate motion for class certification (Docket No. 32).

Defendants intend to raise various jurisdictional arguments in their initial responsive pleadings, explaining why this Court lacks subject-matter jurisdiction over this case and why many or all of Plaintiffs' claims are barred by sovereign immunity. Accordingly, Defendants request this Court to stay any further briefing or consideration of Plaintiffs' motion for summary judgment and motion for class certification until after Defendants have filed their initial responsive pleadings and the Court has had a reasonable opportunity to consider the threshold issues of jurisdiction and immunity that will be raised therein. The Northern District of Texas recently did just that in a similar case before dismissing for lack of subject-matter jurisdiction. *Planned Parenthood of Greater Tex. Surg. Health Servs. v. City of Lubbock, Tex.*, No. 5:21-CV-114-H, 2021 WL 2385110, at *6 (N.D. Tex. June 1, 2021); *see also, e.g.*, *Franciscan Alliance, Inc. v. Burwell*, No. 7:16-cv-00108-O, 2016 WL 9281524, at *2–3 (W.D. Tex. Nov. 1, 2016) (staying summary judgment proceedings where plaintiffs filed a summary judgment motion before defendants had filed their answer and where defendants intended to contest subject-matter jurisdiction).

Counsel for State Defendants has conferred with counsel for Plaintiffs regarding this motion. Although Plaintiffs oppose a stay, they are willing to discuss a jointly agreed briefing schedule. Defendants would be willing to discuss a joint briefing schedule for all parties' various motions after Defendants have filed their

initial responsive pleadings. In the meantime, Defendants request a stay as described in this motion.

## CONCLUSION & PRAYER

For the foregoing reasons, Defendants ask this Court to stay all further briefing and proceedings related to Plaintiffs' motion for summary judgment and motion for class certification until after Defendants' forthcoming jurisdictional challenges have been resolved.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief - General Litigation Division

    */s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Texas Bar No. 24075241
Benjamin.Walton@oag.texas.gov
**CHRISTOPHER D. HILTON**
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov
**HALIE DANIELS**
Texas Bar No. 24100169
Halie.Daniels@oag.texas.gov
Assistant Attorneys General
General Litigation Division

**BETH KLUSMANN**
Assistant Solicitor General
Texas Bar No. 24036918
Beth.Klusmann@oag.texas.gov
**NATALIE THOMPSON**
Assistant Solicitor General
Texas Bar No. 24088529
Natalie.Thompson@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 – Phone
(512) 320-0667 – Fax

*Counsel for State Defendants*

        */s/ Andrew B. Stephens*
**ANDREW B. STEPHENS**
Texas Bar No. 24079396
andrew@hackerstephens.com
**HEATHER GEBELIN HACKER**
Texas Bar No. 24103325
heather@hackerstephens.com
Hacker Stephens LLP
108 Wild Basin Rd. South, Suite 250
Austin, Texas 78746
Tel: (512) 399-3022

*Attorneys for Defendant Penny Clarkston*


        */s/ Jonathan F. Mitchell*
**JONATHAN F. MITCHELL**
Texas Bar No. 24075463
Mitchell Law PLLC
111 Congress Avenue, Suite 400
Austin, Texas 78701
(512) 686-3940 (phone)
(512) 686-3941 (fax)
jonathan@mitchell.law

*Counsel for Defendant Mark Lee Dickson*


## CERTIFICATE OF CONFERENCE

On July 27, 2021, I conferred via telephone with Marc Hearron, counsel for Plaintiffs, regarding whether Plaintiffs would agree to the stay requested in this motion. Mr. Hearron informed me that Plaintiffs did not agree to the stay.

        */s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2021, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Christen Mason Hebert<br>Johns & Hebert PLLC<br>2028 East Ben White Blvd<br>Suite 240-1000<br>Austin, TX 78741<br>(512) 399-3150<br>chebert@johnshebert.com<br><br>*Attorney for all Plaintiffs* | Julie Murray<br>Richard Muniz<br>Planned Parenthood Federation of American<br>1110 Vermont Ave., NW Ste 300<br>Washington, DC 20005<br>(202) 973-4997<br>Julie.marray@ppfa.org<br>Richard.muiniz@ppfa.org<br><br>*Attorneys for Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas SurgicalCenter, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar* |
| Stephanie Toti<br>LAWYERING PROJECT<br>41 Schermerhorn Street #1056<br>Brooklyn, NY 11201<br>(646) 490-1083<br>stoti@lawyeringproject.org<br><br>*Attorneys for The Ajiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, North Texas Equal Access Fund* | Rupali Sharma<br>LAWYERING PROJECT<br>197 Pine Street, Apt. 23<br>Portland, ME 04102<br>(908) 930-6445<br>rsharma@lawyeringproject.org<br><br>*Attorneys for The Ajiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, North Texas Equal Access Fund* |
| Molly Duane<br>Kirby Tyrrell<br>Melanie Fontes<br>Center for Reproductive Rights<br>199 Water Street, 22nd Floor<br>New York, NY 10038<br>(917) 637-3631<br>mduane@reprorights.org<br>ktyrrell@reprorights.org | Julia Kaye<br>Brigitte Amiri<br>Chelsea Tejada<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY I 0004<br>(212) 549-2633<br>jkaye@aclu.org |

| | |
|---|---|
| mfontes@reprorights.org<br><br>Jamie A. Levitt<br>J. Alexander Lawrence<br>Morrison & Foerster LLP250 W. 55th Street<br>New York, NY 10019<br>(212) 468-8000<br>jlevitt@mofo.com<br>alawrence@mofo.com<br><br>*Attorneys for Whole Woman's Health, Whole Woman's Health Alliance, Marva Sadler, Southwestern Women's Surgery Center, Allison Gilbert, MD., Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services, Houston Women's Reproductive Services, Reverend Daniel Kanter, and Reverend Erika Forbes.* | bamiri@aclu.org<br>ctejada@aclu.org<br><br>Lorie Chaiten<br>American Civil Liberties Union Foundation<br>1640 North Sedgwick Street<br>Chicago, IL 60614<br>(212) 549-2633<br>rfp_lc@aclu.org<br><br>Adriana Pinon<br>David Donatti<br>Andre Segura<br>ACLU Foundation of Texas, Inc.<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>Tel. (713) 942-8146<br>Fax: (713) 942-8966<br>apinon@aclutx.org<br>ddonatti@aclutx.org<br>asegura@aclutx.org<br><br>*Attorneys for Houston Women's Clinic* |

                                                */s/ Benjamin S. Walton*
                                        **BENJAMIN S. WALTON**
                                        Assistant Attorney General