IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | Cause No. 1:21-cv-00616-RP |
| AUSTIN REEVE JACKSON, et al., | § § | |
| *Defendants.* | § § | |

**ORDER GRANTING DEFENDANTS' OPPOSED MOTION TO STAY SUMMARY JUDGMENT AND CLASS CERTIFICATION PROCEEDINGS**

On this date, the Court considered Defendants' Opposed Motion to Stay Summary Judgment and Class Certification Proceedings (the "Motion"). After considering the Motion, any related responses and replies filed by the parties, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that all further briefing and proceedings relating to Plaintiffs' motion for summary judgment and motion for class certification are hereby stayed until after the Defendants in this matter have filed their initial responsive pleadings and the Court has had reasonable time and opportunity to consider any jurisdictional arguments that may be raised therein.

SIGNED this _____ day of _____, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE