UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Whole Woman's Health, Alamo City Surgery Center PLLC, Brookside Women's Medical Center PA, Houston Women's Clinic, Houston Women's Reproductive Services, Planned Parenthood Center for Choice, Planned Parenthood of Greater Texas Surgical Health Service, Planned Parenthood South Texas Surgical Center, Southwestern Women's Surgery Center, Whole Women's Health Alliance, Allison Gilbert, Bhavik Kumar, The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund, Inc., North Texas Equal Access Fund, Erika Forbes, Daniel Kanter, Marva Sadler § § § § § | NO:  AU:21-CV-00616-RP |

vs.

Austin Reeve Jackson, Penny Clarkston, Mark Lee Dickson, Stephen Brint Carlton, Katherine A. Thomas, Cecile Erwin Young, Allison Vordenbaumen Benz, Ken Paxton

**ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a telephone conference on August 04, 2021 at 09:00 AM . The parties are directed to use the below dial-in information:

\*\*Please call in 5 minutes prior to start of hearing.\*\*

1. Toll free number:  888-363-4735

2. Access code: 3948919

If there are questions regarding the telephonic appearance, the parties should contact Julie Golden, Courtroom Deputy, at julie_golden@txwd.uscourts.gov.

The use of speaker phones is prohibited during a telephonic appearance.  Additionally, because earlier hearings in other cases may be in progress at the time attorneys call in for their scheduled conference, attorneys should call in with their phones on "mute" and wait for the

Courtroom Deputy to call this case.before they speak.

    **SIGNED** on 28th day of July, 2021.

                                                                                  _____
                                                                                  ROBERT PITMAN
                                                                                  UNITED STATES DISTRICT JUDGE