IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | CASE NO. 21-cv-00616-RP |
| AUSTIN REEVE JACKSON, *et al.*, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFFS' OPPOSITION TO DEFENDANT PENNY CLARKSTON'S MOTION
FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING**

Plaintiffs respectfully submit this Opposition to Defendant Penny Clarkston's Motion for Extension of Time to File Responsive Pleading (ECF No. 42) and show the following:

For the reasons discussed in Plaintiffs' Opposition to Defendants' Motion to Stay Summary Judgment and Class Certification Proceedings (ECF No. 41), final judgment from this Court in favor of Plaintiffs is urgently needed before September 1, 2021, the effective date of Texas Senate Bill 8, 87th Leg., Reg. Sess. (Tex. 2021) ("S.B. 8"). Plaintiffs face having to either (1) immediately stop providing abortion services forbidden by S.B. 8, turn away and stop supporting abortion patients, and in some cases furlough or lay off staff, or (2) expose themselves to abusive and costly lawsuits over the provision of constitutionally protected health care. Plaintiffs respectfully oppose Defendant Clarkston's motion because granting her requested extension would impede effective relief before September 1 and make it more likely that Plaintiffs and their patients will be irreparably and severely harmed.

Contrary to Defendant Clarkston's suggestion, *see* Mot. ¶ 8, Plaintiffs worked diligently and expeditiously to file this lawsuit as quickly as possible. Given the nature of S.B. 8 and its broad scope, the case involves 21 plaintiffs and 6 separate sets of attorneys, all of whom have

1

endeavored to act as quickly as possible to ascertain S.B. 8's impact, protect their unique interests, and coordinate with the other parties. Because of the certainty of irreparable harm that will occur if S.B. 8 takes effect, it is eminently reasonable to expect Defendant Clarkston to have acted expeditiously to retain counsel and to respond to Plaintiffs' allegations within the 21-day deadline, which applies even in cases that do not threaten the type of injury already demonstrated by Plaintiffs in this case.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that Defendant Clarkston's Motion for Extension of Time to File Responsive Pleading be denied.

Dated: August 3, 2021

Respectfully submitted,

/s/ Marc Hearron
_____

<div style="column-count:2">

Christen Mason Hebert
(Texas Bar No. 24099898)
Johns & Hebert PLLC
2028 East Ben White Blvd
Suite 240-1000
Austin, TX 78741
(512) 399-3150
chebert@johnshebert.com

*Attorney for all Plaintiffs*

Marc Hearron (Texas Bar No. 24050739)*
Center for Reproductive Rights
1634 Eye St., NW, Suite 600
Washington, DC  20006
(202) 524-5539
mhearron@reprorights.org

Molly Duane*
Kirby Tyrrell*
Melanie Fontes*
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org
ktyrrell@reprorights.org
mfontes@reprorights.org

Jamie A. Levitt*
J. Alexander Lawrence*
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
(212) 468-8000
jlevitt@mofo.com
alawrence@mofo.com

*Attorneys for Whole Woman's Health, Whole Woman's Health Alliance, Marva Sadler, Southwestern Women's Surgery Center, Allison*

Julie Murray*
Richard Muniz*
Planned Parenthood Federation of America
1110 Vermont Ave., NW Ste. 300
Washington, DC 20005
(202) 973-4997
julie.murray@ppfa.org
richard.muniz@ppfa.org

*Attorneys for Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar*

Julia Kaye*
Brigitte Amiri*
Chelsea Tejada*
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, NY 10004
(212) 549-2633
jkaye@aclu.org
bamiri@aclu.org
ctejada@aclu.org

Lorie Chaiten*
American Civil Liberties Union Foundation
1640 North Sedgwick Street
Chicago, IL 60614
(212) 549-2633
rfp_lc@aclu.org

Adriana Pinon (Texas Bar No. 24089768)
David Donatti (Texas Bar No. 24097612)
Andre Segura (Texas Bar No. 24107112)
ACLU Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, TX 77007
Tel. (713) 942-8146
Fax: (713) 942-8966

</div>

3

*Gilbert, M.D., Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services, Houston Women's Reproductive Services, Reverend Daniel Kanter, and Reverend Erika Forbes.*

apinon@aclutx.org
ddonatti@aclutx.org
asegura@aclutx.org

*Attorneys for Houston Women's Clinic*

Stephanie Toti
LAWYERING PROJECT
41 Schermerhorn Street #1056
Brooklyn, NY 11201
(646) 490-1083
stoti@lawyeringproject.org

Rupali Sharma*
LAWYERING PROJECT
197 Pine Street, Apt. 23
Portland, ME 04102
(908) 930-6445
rsharma@lawyeringproject.org

*Attorneys for The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, North Texas Equal Access Fund*

* *Admitted pro hac vice*

5

## CERTIFICATE OF SERVICE

I certify that today, August 3, 2021, I electronically filed a copy of the above document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record for Defendants.

<div style="text-align: right">

*/s/ Marc Hearron*
Marc Hearron

</div>