## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| **Whole Woman's Health, Alamo City Surgery Center PLLC, Brookside Women's Medical Center PA, Houston Women's Clinic, Houston Women's Reproductive Services, Planned Parenthood Center for Choice, Planned Parenthood of Greater Texas Surgical Health Service, Planned Parenthood South Texas Surgical Center, Southwestern Women's Surgery Center, Whole Women's Health Alliance, Allison Gilbert, Bhavik Kumar, The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund, Inc., North Texas Equal Access Fund, Erika Forbes, Daniel Kanter, Marya Sadler** | § § § § § § § § § § § § § § § § § § § § | **Civil Action No. AU:21-CV-00616-RP** |
| **vs.** | § § § | |
| **Austin Reeve Jackson, Penny Clarkston, Mark Lee Dickson, Stephen Brint Carlton, Katherine A. Thomas, Cecile Erwin Young, Allison Vordenbaumen Benz, Ken Paxton** | § § § § § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Defendant Austin Reeve Jackson by and through the undersigned counsel, hereby gives notice that M. Shane McGuire of The McGuire Firm, PC will appear as additional counsel of record in the above styled cause for Defendant Austin Reeve Jackson:

M. Shane McGuire
Texas Bar No. 24055940
THE MCGUIRE FIRM, PC
102 N College, Suite 301
Tyler, Texas 75702
903.630.7154 Phone
903.630.7173 Facsimile
shane@mcguirefirm.com

Notice of Appearance                                                                                                                                                1

Benjamin S. Walton, Assistant Attorney General will remain lead counsel.

Respectfully submitted,

**THE MCGUIRE FIRM, P.C.**
102 N. College St., Suite 301
Tyler, Texas 75702
(903) 630-7154
(903) 630-7173 Facsimile
shane@mcguirefirm.com

*/s/ Shane McGuire*

**SHANE MCGUIRE**
State Bar No: 24055940

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was electronically filed on this 4th day of August, 2021, on the CM/ECF system, which will automatically serve a Notice of Electronic Filing on all counsel of record.

*/s/ Shane McGuire*

SHANE MCGUIRE
