# EXHIBIT 1

**(pictures not redacted in original)**

    

 **Mark Lee Dickson**
May 5 · 





**Texas Right to Life** was live.
May 5 · ■

The Texas House passed the Texas Heartbeat Act, Senate Bill 8, which bans abortions in Texas after the preborn child's heartbeat is detectable, as early as 6 weeks!

This bill is very close to being law since SB 8 was already passed by the Texas Senate! Because the Texas Heartbeat Bill was amended by the House, SB 8 will go back to the Senate for final approval, and then to the governor's desk for signing.

FOLLOW US:
Facebook – https://www.facebook.com/texasrighttolife
Instagram – https://www.instagram.com/txrighttolife
Twitter – https://twitter.com/txrighttolife
Website – https://www.texasrighttolife.com

 26                                    9 Comments  4 Shares

 Like         Comment         Share

 **Rick Small**
God curses Heartbeat bills.
Woe to those who decree iniquitous decrees, and the writers who keep writing oppression, to turn aside the needy from justice and to rob the poor of my people of their right, that widows may be their spoil, and that they may... **See More**

Like · Reply · 7w

    


**Jonathan Darnel**
I could maybe see this as a path forward if the state would just uphold the law. But if they just cave when someone sues the state what's the point?

**Like** · **Reply** · 7w


**Mark Lee Dickson**
**Jonathan Darnel** The Texas Heartbeat Act is similar to the Sanctuary Cities Ordinance.

Check out this quote from the Texan. The same principle applies.

"According to Josh Blackman, a Houston law professor with a favorable opinion of the ordinance, said the crafting of its text has complicated pro-choice retaliation that would otherwise be cut-and-dry.

"It's actually a very clever ordinance, the way they've devised it. Usually, the way laws work is the government enforces it. So let's say the city or county puts a restriction on abortion…. With the usual law, when the government enforces it, Planned Parenthood can bring what's called a pre-enforcement challenge. It says, 'Well, this law hasn't been enforced yet, but they will enforce it, and when they do enforce it, we'll have our rights violated. So we can sue now,'" Blackman said.

"This ordinance is different. It specifically says government, the Lubbock government, cannot enforce this law. Cannot. The only people who can enforce this law are private citizens… Why is this fact important? It's almost impossible to do a pre-enforcement challenge when the government's not enforcing it. In other words, they can sue the government — which they probably will try to — and the court will say, 'Well, that's nice, but the government can't enforce this law, so what are you suing them for?' There's no way for a court to hear the validity of this law until someone actually brings a civil lawsuit.""

**Like** · **Reply** · 7w


**Jonathan Darnel**
**Mark Lee Dickson** I will have to research and think about this more. However, I must admit it seems on the surface to lack teeth. Why can't we find any city in the nation willing to simply stop people (physically) from killing their children?



   

 **Mark Lee Dickson**
**Jonathan Darnel** The Heartbeat Bill is being said to make everyone in Texas an attorney general going after abortionists. The antilife crowd sees it as very intimidating.

**Like** · **Reply** · 7w · Edited

**McManus Molly**
It's interesting to go this path, because anyone at the clinic could be sued, not just the doctor – it should strike fear in the person paying the bills because they are just as guilty as the doctor according to the heartbeat bill. It reminds me of whe... **See More**

**Like** · **Reply** · 7w

Write a reply...

Write a comment...