# EXHIBIT 2

**(pictures not redacted in original)**



**Mark Lee Dickson** is with **Bryan Hughes**.
29 March ·

Today our Texas State Senators made us proud by voting 19-12 to pass SB 8 – the Texas Heartbeat Act! Special thanks to Senator Bryan Hughes for championing this very important bill!

#therighttolife #thefightforlife #fromconceptiontillnaturaldeath #unbornlivesmatter #loveoneanother



260     163 comments  66 shares

Like    Comment    Share

**Donna McWilliams**
Good Job Senators!!!
Like · Reply · 19 w      👍 1

**Ted Raymond**
Please tell me how it will be enforced.
Like · Reply · 19 w      👍 1

**Mark Lee Dickson**
Ted Raymond Immediate private enforcement by citizens throughout Texas.
Like · Reply · 19 w      👍 2

**Ted Raymond**
Mark Lee Dickson so we're going to have private citizens in the kill room?



**Mark Lee Dickson**
**Ted Raymond** You should read the bill. That is what we criticize people in D.C for not doing but we ourselves are just as lazy at times. The bill is very clear about how it is enforced. And then listen to the video posted with them debating out the bill.

Like · Reply · 19 w  👍 2

**Ted Raymond**
**Mark Lee Dickson** I guess my question is this: what is going to stop the abortionist or his staff from Lying if they find a heartbeat but the love of money causes them to lie? Or concealing the fact that they found a heartbeat? Who is going to oversee t... See more

> DETECTABLE FETAL HEARTBEAT; EFFECT. (a) Except as provided by Section 171.205, a physician may not knowingly perform or induce an abortion on a pregnant woman if the physician detected a fetal heartbeat for the unborn child as required by Section 171.203 or failed to perform a test to detect a fetal heartbeat.
> (b) A physician does not violate this section if the physician performed a test for a fetal heartbeat as required by Section 171.203 and did not detect a fetal heartbeat.

Like · Reply · 19 w · Edited  👍 2

**Mark Lee Dickson**
**Ted Raymond** Did you even read the whole bill? You gotta read the bill!

Like · Reply · 19 w  👍 1

**Ted Raymond**
**Mark Lee Dickson** I have. And I see all the things that will be against the law. But I don't see an enforcement officer on site during testing for the heartbeat! Abortionists are by and large...liars!

Like · Reply · 19 w  👍 2

**Mark Lee Dickson**
**Ted Raymond** You did not listen to the Senate floor debate did you? The fact that you are making the arguments you are making reveal that you do not understand how the bill works.

Like · Reply · 19 w

**Ted Raymond**
**Mark Lee Dickson** I listened to as much of it as I could stomach.

Like · Reply · 19 w

**Mark Lee Dickson**
**Ted Raymond** Well if you didn't listen to all of it and are speaking without knowledge then what more can be said?






**Martha Roberts**
Praise Our Lord! Thank you all so much.
Like · Reply · 19 w    👍 1

**Cherri Head**
This is awesome! 👍 1
Like · Reply · 19 w

**Sandra Boyd King**
Fabulous. 👏👏 👍 1
Like · Reply · 19 w

**Jim Nelson**
Amen 👍 1
Like · Reply · 19 w

**James McKinney**
Thank You Mark 👍 1
Like · Reply · 19 w

**Melanie Davis Wright**
👏👏👏 nice work men! Thankful for all your hard work!
Like · Reply · 19 w    👍 1

**Mary Beth Scallon**
Yes! Thank you, Texas!!
Like · Reply · 19 w    👍 1

    Mary Beth Scallon replied · 1 reply

**Jon Speed**
Disgusting. You should be ashamed of yourself for denying the humanity of babies at conception.
Like · Reply · 19 w    👍❤ 6

   Hide 14 replies

    **Mark Lee Dickson**
    **Jon Speed** he bill clearly states, "The State of Texas has never repealed its pre–Roe v. Wade statutes that outlaw and criminalize abortion unless the mother's life is in danger." In making this statement this bill fully recognizes the humanity of unborn children. I encourage you to listen to the arguments from democrat Senator Johnson which were brought against the bill today Jon. It is a great bill that Senator Hughes defended well. Pending passage by the House, because of this bill you will be able to bring many lawsuits later this year against any at WWH who are in violation of this law



**Betty Taylor**
If the bill recognizes the humanity of unborn children , does it protect all unborn children ? Does it defy Roe ?

Something about not showing partiality and unjust weights and measures the Lord abhors .

Like · Reply · 19 w

**Jon Speed**
**Mark** you are digging pretty deep to support a bill like this. It depends on the fairy tale of Roe being overturned. It's unjust because it denies equal justice for life in the womb. It is also an unenforceable heartbeat bill. It's an ethical nightm... See more

Like · Reply · 19 w            👍 1

**Mark Lee Dickson**
**Betty Taylor** No bill, in and of itself, protects all unborn children. Not even the Abolition Bill, unfortunately. But I am not saying you should not support the Abolition Bill. We have to do what we can! I do not think the Lord hates the Abolition Bill... See more

Like · Reply · 19 w · Edited

**Mark Lee Dickson**
**Jon Speed** The enforcement of the bill which can take place right now is not dependent on Roe v. Wade being overturned, but is immediate. Did you even read the bill?

Like · Reply · 19 w

**Jon Speed**
**Mark Lee Dickson** explain limitation (a) (1).

Like · Reply · 19 w

**Mark Lee Dickson**
**Jon Speed** Which section are you referring to?

Like · Reply · 19 w

**Jon Speed**
**Mark Lee Dickson** look under "limitations".

Like · Reply · 19 w

**Mark Lee Dickson**
**Jon Speed** Are you referencing Sec. 171.207. Limitations On Public Enforcement?

Like · Reply · 19 w



**Mark Lee Dickson**
The statement "(1) legalize the conduct prohibited by this subchapter or by Chapter 6-1/2, Title 71, Revised Statutes;" means that just because there is no public enforcement right now of the public enforcement penalties that does not mean the actions ... See more

Like · Reply · 19 w · Edited

**Jon Speed**
**Mark Lee Dickson** lawsuits are not equal justice or equal protection for the unborn. Shame on you.

Like · Reply · 19 w

**Mark Lee Dickson**
**Jon Speed** Some might say "shame on you" for closing your business for a day to not pay sales tax . . . only to reopen it and pay sales tax to the same abortion loving government. That is not something I shame you for. I say you did what you could, desp... See more

Like · Reply · 19 w

**Amy Hedtke**
The biggest problem is that these same legecritters who refuse -- REFUSE!!-- to even FILE abolition will sail to re-election on your praise. Abolition gets successfully set back another 20 years with stuff like this. Gotta wait till these freaks die of... See more

Like · Reply · 19 w

**Elea Wood**
**Jon Speed** Go back to liver ny

Like · Reply · 18 w

Write a reply...

**Norm Breitenberg**
PTL

Like · Reply · 19 w

**Connie Cassell Ainsworth**
Whooohooooo!!!!

Like · Reply · 19 w

**Betty Taylor**
Why is that celebratory ?

👍 2

Like · Reply · 19 w

Hide 13 replies



**Mark Lee Dickson**
Betty Taylor The bill clearly states, "The State of Texas has never repealed its pre–Roe v. Wade statutes that outlaw and criminalize abortion unless the mother's life is in danger." In making this statement this bill fully recognizes the humanity of unborn children. It is a great bill. Pending passage by the House, because of this bill you will be able to bring many lawsuits later this year against any abortionists who are in violation of this bill. Let me know if you are looking for an attorney to represent you if you choose to do so. Will be glad to recommend some.

Like · Reply · 19 w    👍 1

**Betty Taylor**
So it is just to kill let them kill some babies ? And what abortionist is going to be honest and perform an honest sonogram ?

Like · Reply · 19 w    👍 1

**Mark Lee Dickson**
Betty Taylor You haven't read the bill. Read the bill. If you read the bill and understood the bill then you would know the answer to that!

Like · Reply · 19 w

**Jon Speed**
Mark Lee Dickson I've read the bill and if you have then you already know that this is EXACTLY what this bill does. Stop lying Mark. Read the first line.

Like · Reply · 19 w    👍 1

**Mark Lee Dickson**
Jon Speed You may have read the bill but you clearly do not understand the bill or it's ramifications. I am guessing you will not be filing any lawsuits against the abortionist later this year if they are performing abortions in violation of this law? If this passes the power will be in your hands to do so!

Like · Reply · 19 w · Edited

**Jon Speed**
Mark Lee Dickson guessing? No I won't be filing imaginary lawsuits based on a law the SCOTUS will shoot down as it has shot down every other heartbeat ban on the books. I too like fantasy but Tolkien is a better writer than Hughes.



**Mark Lee Dickson**
**Jon Speed** The Supreme Court does not have the ability to kill laws Speed. And this is unlike other heartbeat bills. Had you heard or read the commentary on the bill and understood it then you would know that.

Like · Reply · 19 w       👍 1

 **Jon Speed**
**Mark Lee Dickson** so show me one heartbeat Bill that's been upheld by the court.

Like · Reply · 19 w       👍 1

 **Mark Lee Dickson**
**Jon Speed** This is unlike any heartbeat bill out there Speed. This was explained several times. Even in liberal rags.

Like · Reply · 19 w

 **Jon Speed**
**Mark Lee Dickson** since the issue with the SCOTUS has been not placing an undue burden on the abortive woman this thing has a snowball's chance.

Like · Reply · 19 w       👍 1

 **Mark Lee Dickson**
**Jon Speed** I do not see how this places an undue burden on the woman getting the abortion anymore than people suing abortionists who rear-ended them at a stop light would create an undue burden for women getting an abortion.

Like · Reply · 19 w · Edited

 **Jon Speed**
**Mark Lee Dickson** be honest man. You know how the court rules on these regulations.

Like · Reply · 19 w       👍❤ 3

 **Mark Lee Dickson**
**Jon Speed** You making that statement reveals that you do not really understand the bill. That is why the bill was written the way it was.

Like · Reply · 19 w

Write a reply...

 **Leah Powers**
Praising God for a step forward

Like · Reply · 19 w       👍 1



**Mark Foster**
Thank You Senator Bryan Hughes for standing up for the Unborn !!! ❤️🙌

Like · Reply · 19 w    1

**Bobbie LaGrone Harrison**
Thank you Sir you have made me proud I voted for you.

Like · Reply · 19 w    1

**Ruth Alison**
Love this!!  1

Like · Reply · 19 w

**Rene Davison**
This does not provide equal protection for all preborn children... even if it doesn't get overturned. It is unenforceable (and yes, I have read the bill and heard testimony and debate). It doesn't account for the babies murdered at home via abortion pills ordered online. How does this bill stop that? The moms are not held accountable for murdering their children. You keep saying that we can go after the abortionists. They are not the only guilty parties. Everyone involved should be held accountable. Only a bill of true abolition (HB3326) will do that. Stop praising prolife politicians and their iniquitous decrees!

Like · Reply · 19 w    👍❤️ 6

　　Mark Lee Dickson replied · 11 replies

**Jacob Ross Miller**
This bill is a wicked bill.

Exodus 23:2 (ESV): You shall not fall in with the many to do evil, nor shall you bear witness in a lawsuit, siding with the many, so as to pervert justice... See more

Like · Reply · 19 w    👍❤️ 4

　　Mark Lee Dickson replied · 14 replies

**Amy Hedtke**
The biggest problem is that these same legecritters who refuse -- REFUSE!!-- to even FILE abolition will sail to re-election on your praise. Abolition gets successfully set back another 20 years with stuff like this. Gotta wait till these freaks die of... See more

Like · Reply · 19 w    ❤️👍 6

　　Mark Lee Dickson replied · 16 replies

**T. Russell Hunter**



