# EXHIBIT 3

Sign Up

Email or Phone          Password

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

Privacy · Terms · Advertising · Ad Choices     ·
Cookies · More
Facebook © 2021



**Mark Lee Dickson** is with Rusty Thomas and Jonathan Landrum in Waskom, Texas.
June 11, 2019 ·

Congratulations Waskom, Texas for becoming the first city in Texas to become a "Sanctuary City for the Unborn" by resolution and the first city in the Nation to become a "Sanctuary City for the Unborn" by ordinance. Although I did have my disagreements with the final version, the fact remains that abortion is now OUTLAWED in Waskom, Texas!

To quote the ordinance "the Supreme Court erred n Roe v. Wade when it said that pregnant women have a constitutional right to abort their pre-born children."

"constitutional scholars have excoriated Roe v. Wade, 410 U.S. 113 (1973), for its lack of reasoning and its decision to concoct a constitutional right to abortion that has no textual foundation in the Constitution or any source of law, see John Hart Ely, The Wages of Crying Wolf: A Comment on Roe v. Wade, 82 Yale L.J. 920, 947 (1973) ("Roe v. Wade . . . is not constitutional law and gives almost no sense of an obligation to try to be."); Richard A. Epstein, Substantive Due Process By Any Other Name: The Abortion Cases, 1973 Sup. Ct. Rev. 159, 182 ("It is simple fiat and power that gives [Roe v. Wade] its legal effect."); Mark Tushnet, Red, White, and Blue: A Critical Analysis of Constitutional Law 54 (1988) ("We might think of Justice Blackmun's opinion in Roe as an innovation akin to Joyce's or Mailer's. It is the totally unreasoned judicial opinion;"

"Roe v. Wade, 410 U.S. 113 (1973), is a lawless and illegitimate act of judicial usurpation, which violates the Tenth Amendment by trampling the reserved powers of the States, and denies the people of each State a Republican Form of Government by imposing abortion policy through judicial decree."

"The Supreme Court's rulings and opinions in Roe v. Wade, 410 U.S. 113 (1973), Planned Parenthood v. Casey, 505 U.S. 833 (1992), Stenberg v. Carhart, 530 U.S. 914 (2000), Whole Woman's Health v. Hellerstedt, 136 S. Ct. 2292 (2016), and any other rulings or opinions from the Supreme Court that purport to establish or enforce a "constitutional right" to murder a pre-born child, are declared to be unconstitutional usurpations of judicial power, which violate both the Tenth Amendment the Republican Form of Government Clause, and are null and void in the City of Waskom."

All organizations that perform abortions and assist others in obtaining abortions (including Planned Parenthood and any of its affiliates, Jane's Due Process, The Afiya Center, The Lilith Fund for Reproductive Equality, NARAL Pro-Choice Texas, National Latina Institute for Reproductive Health, Whole Woman's Heath and Woman's Heath Alliance, Texas Equal Access Fund, and others like them) are now declared to be criminal organizations in Waskom, Texas.

This is history in the making and a great victory for life!

#therighttolife #thefightforlife #fromconceptiontillnaturaldeath #unbornlivesmatter #loveoneanother #EndAbortionNow #ResolutionOnTheRightToLife #OrdinanceOnTheRightToLife #SanctuaryCityForTheUnborn #WaskomTexas #GatewayOfTexas



**See more of Mark Lee Dickson on Facebook**

Log In     or     Create New Account



699                   191 Comments  531 Shares

Share

Deutsch

Privacy · Terms · Advertising · Ad Choices  ·
Cookies · More
Facebook © 2021

**See more of Mark Lee Dickson on Facebook**

Log In    or    Create New Account