# EXHIBIT 4

**(license plate numbers not redacted in original)**

# facebook

Log In



**Mark Lee Dickson**
April 6, 2019 ·

— at **Hope Medical Group for Women**.

👍 5 　　　　　　　　　　　　　　　　　　　　　　　　　　　　　66 Comments

Like　　　　　　　　　Comment　　　　　　　　　Share

View 8 more comments

**TeriLynne Lopez**
Omg! What a lot of sidetracked comments.
The Bible is God's Word, even though some are trying to rewrite it.

## See more of Mark Lee Dickson on Facebook

Log In　　or　　Create New Account