# EXHIBIT 5

**(license plate numbers, faces, names, pictures, and other identifying information not redacted in original)**

   Facebook   

 **Mark Lee Dickson** is at **Hope Medical Group for Women.**
March 29, 2019 ·

I was not feeling all that great, but since I was already in Shreveport, I made a short trip to Hope Medical Group For Women. Two of the counselors who counsel people about the decision to murder their child were in today: Dr. Name (the one standing by the ▉▉▉ and Name (the one who is a member of ▉▉▉ ▉▉▉ and drives the ▉▉▉.

It is worth noting that even though Dr. Name works at a kill center for baby human beings, Dr. Name has been a staunch advocate against kill shelters for animals.

Rise up Church. There are babies that Hope Medical is planning to execute TOMORROW. But unlike the animal shelters, Hope Medical is not making an open call for anyone to adopt these precious children in order to save them from death.

#riseupchurch #therighttolife #thefightforlife #fromconceptiontillnaturaldeath #unbornlivesmatter #loveoneanother #EndAbortionNow



     

 Like     Comment     Share

 **Mary Clark Broughton Shipp**
These people are really demonic and sick
Like · Reply · 2y    1

 **Esther Blanco**
Feel better soon, Mark
Like · Reply · 2y    1

 **Ashley Hembree**
I prayed for you to get better...
Like · Reply · 2y    1

 **Colleen Marie Kerr-Mathews**
That does not make since to me about not wanting Kill shelters for Animals; which I do not like either; but then killing babies is ok; that is crazy to me!
Like · Reply · 2y    1

 **Colleen Marie Kerr-Mathews**
Lord Reach out to these doctors and unveil yourself to them; and let them become Advocates; against Abortion and Thank you Lord and AMEN!!!'
Like · Reply · 2y    1

 Debikay Johnson replied · 1 Reply

 **Phyllis Hood Buckman**
Mark, I'm so sorry you are so very ill. Thank you for posting this.
Like · Reply · 2y

 **Hope Medical Group for Women**
We are happy to connect families willing to adopt with inidividuals interested in adoption. We are also happy to connect those interested in supporting struggling families financially with individuals who want to carry to term and parent. Families in o... See More
Like · Reply · 2y    3

 Mary Kellow Haddox replied · 1 Reply

 **Justin Jodo Creed**
Your an absolute fucking idiot
Like · Reply · 2y







Facebook




**Savannah Harrold**

Okay, no. What the actual hell is wrong with you. You are putting targets on these people's fucking heads by showing their license plates, describing them, i can't believe this. I can't believe you. These people are HUMAN FUCKING BEINGS. They deserve p... See More

👍 3

Like · Reply · 2y

 LeJuan Bass replied · 2 Replies

 Write a comment...

