# EXHIBIT 6

| | Email or Phone | Password | |
|---|---|---|---|
| Sign Up | | | Log In |

English (US) · Español ·
Português (Brasil) · Français (France) ·
Deutsch

**Mark Lee Dickson**
April 6, 2020 ·

Houston Women's Clinic is complying with Governor Abbott's Executive Order.

"In compliance with the state of Texas mandate, Houston Women's Clinic is not currently providing abortions."

#therighttolife #thefightforlife #fromconceptiontillnaturaldeath #unbornlivesmatter #loveoneanother #covid19 #stopthespread #flattenthecurve

HOUSTONWOMENSCLINIC.COM
**COVID-19 Update**
Please check here for updates on abortion and consutation appointment…

58                                   80 Comments  2 Shares

Share

Privacy · Terms · Advertising · Ad Choices ·
Cookies · More
Facebook © 2021

**See more of Mark Lee Dickson on Facebook**

Log In    or    Create New Account