# EXHIBIT 7

**(excerpts of Facebook post by Mark Lee Dickson; pictures not redacted in original)**

Facebook

    

 **Mark Lee Dickson**
March 23, 2020 ·

And, just like that, the whole State of Texas has temporarily become a Sanctuary State for the Unborn in regards to surgical abortions. This order will, without a doubt, save the lives of many.

"No one is exempt from the governor's executive order on medically unnecessary surgeries and procedures, including abortion providers," Paxton said in a statement shared with CBS News on Monday afternoon. "Those who violate the governor's order will be met with the full force of the law."

#therighttolife #thefightforlife #fromconceptiontillnaturaldeath #unbornlivesmatter #loveoneanother #stopthespread #covid19 #sanctuarycitiesfortheunborn



CBSNEWS.COM
**Texas becomes latest state to halt abortion services amid coronavirus outbreak**

 212   55 Comments  613 Shares

Like   Comment   Share

George McFarlane
Praise God
Like · Reply · 1y   1

Susan Wells
   1
Like · Reply · 1y

 Jerry Nicks

     


**Alison Phillips**
**Mark**, thanks for the update!
Like · Reply · 1y


Write a reply...


**TeriLynne Lopez**
Praise God!!! ♡♡♡♡
Life y'all, it's all about living.
Like · Reply · 1y


**Karen Eudy**
Southwest Women's Surgery Center abortion clinic in Dallas Texas was very busy today doing abortion procedures. Local police officers did nothing to stop them.



Like · Reply · 1y                                                                 1





     



**Mark Lee Dickson**

**Karen Eudy** On the date of this post, the order was passed. In the post I was clear that this was surgical abortions. Surgical abortions have not been happening at any clinic in Texas since this order. Some have been performing medical abortions because they do not believe that the order addresses that. Many have decided not to risk even doing that.

There has been much misinformation out there and even some false reporting that some clinics have been doing abortions on days where we know they are for sure not.

A clinic could be in compliance one day and breaking the order the next.

A lawsuit has been filed by PP and others requesting a TRO and we will see what happens there.

Under emergency orders many things in our state is different than normal, but what we need to be doing is documenting, compiling, and reporting evidence to the proper authorities. We have several people high up working on this, but what we really need is very detailed and accurate information. If you would like to help with this process, feel free to reach out to me. Judges and police are not always getting things right, unfortunately.

We would love to have your help.

Like · Reply · 1y



**Karen Eudy**

**Mark Lee Dickson** Yes Mark, my post was not a criticism of your post, just reporting on what I saw today. I have alot of video, an associate called and they said they were doing pill abortions. The police were called on me by the clinic. I asked the police to let me file a complaint, to stop them and investigate, they did nothing. I can send you info., let me know what you need and how.

Like · Reply · 1y · Edited   1



**Mark Lee Dickson**

**Karen Eudy** If you can call me tomorrow I can give you an overview of what we need. Just message me tomorrow for my number!

   1

