# EXHIBIT 8

    

 **Mark Lee Dickson** is with **Chance Nichols** at **Chili's Grill & Bar**. 

November 27, 2019 · Abilene, TX ·

The ACLU has sent a letter to the Mayor and City Council of Big Spring, Texas. Apparently the ACLU does not like the idea of Big Spring, Texas outlawing abortion and becoming a Sanctuary City for the Unborn.

Friends, always remember to consider your sources. This is the group that has defended Nazis and the Ku Klux Klan - two groups that I would never want to openly associate myself with. I would assume that the ACLU's letter is meant to intimidate the City Council of Big Spring from hating evil, loving what is good, and establishing justice within the city gates.

Who would try to stop a city from preventing organizations from murdering unborn children in their city?

The ACLU, that's who.

For months I have said that the ACLU gave us our greatest "endorsement" for these ordinances. When the city of Waskom passed the ordinance Drucilla Tigner, Reproductive Rights Strategist with the ACLU, said the ordinance, "makes it impossible for an abortion clinic to exist in Waskom, ever." Like Waskom, the City of Big Spring does not want an abortion clinic to exist in Big Spring, ever. No matter how many letters the ACLU and their friends (which I view as part of a modern-day Axis of Evil) send to the Big Spring city council, it does not change the reality that Big Spring and their friends (which I view as part of a modern-day Allied forces ) do not want any organization to come into this city and murder innocent unborn children. It seems very clear to me that the ACLU wants this holocaust of abortion to continue, while groups like Right to Life of East Texas, Texas Right to Life, and the majority of Texans want this holocaust of abortion to end once and for all.

So what, besides this letter, is the ACLU doing to try to stop cities from outlawing abortion?

They have released a webinar, made a toolkit, and launched a section of their website to address how to stop local abortion bans. Despite doing all of this, what they have not done is file a lawsuit. It is worthy to mention, and should be recognized by all, that there has not been one lawsuit filed against the seven cities which have passed a Sanctuary Cities for the Unborn ordinance. Seven cities have passed this ordinance, with the first city to pass this ordinance in June - yet not a single lawsuit filed.

That is because these ordinances have been carefully drafted by expert legal counsel to keep cities out of a lawsuit and protect their citizens and their unborn children by prohibiting baby murdering



    

The ACLU is wrong when it says that this ordinance is unconstitutional, just like they are wrong when they say that abortion is a constitutional right. This ordinance does not violate the United States Constitution, the Texas Constitution, or the laws of the State of Texas. Big Spring's ordinance does the most that it can in the areas where the federal and state legislatures have not spoken while still respecting the boundaries that have been given to us under the current Supreme Court precedent. There are currently no federal or state laws on the books that prohibit cities from prohibiting abortion within their jurisdiction. Actually, in the most recent legislative session, Texas passed SB 22 which included an amendment explicitly clarifying that cities and counties are not prohibited from prohibiting abortion within their jurisdiction.

Nothing is unconstitutional about this ordinance. Even the listing of abortion providers as examples of criminal organizations is not unconstitutional. We can legally do that. This is an ordinance that says murdering unborn children is outlawed, so it makes sense to name examples of organizations that are involved in murdering unborn children. That is what we are talking about here: The murder of unborn children.

Also, when you point out how the abortion restrictions in 2013 cost the State of Texas over a million dollars, you should also point out how many baby murdering facilities closed because of those restrictions. We went from over 40 baby murdering facilities in the State of Texas to less than 20 baby murdering facilities in the State of Texas in just a few years. Even with the win for abortion advocates with Whole Woman's Health v. Hellerstedt, how many baby murdering facilities have opened back up? Not very many at all. So thank you for reminding us all that when we stand against the murder of innocent children, we really do save a lot of lives.

Stand strong leaders of Big Spring. You are going to be on the right side of history. You know, that side of history that the Nazis and the Ku Klux Klan were not on.

Big Spring residents, if you are for seeing your city pass an ordinance outlawing abortion within the city limits be sure to sign the online petition here:

https://sanctuarycitiesfortheunborn.com/online-petition

#therighttolife #thefightforlife #fromconceptiontillnaturaldeath #unbornlivesmatter #loveoneanother #BigSpringTexas #PotentialSanctuaryCityForTheUnborn



Anjali Salvador
Staff Attorney
P.O. Box 8306
Houston, TX 772...
asalvador@aclut...

...ly costly. Texas' misguided 2013 restrictions on abortion—declared unconstit...
...'oman's Health v. Hellerstedt, 136 S. Ct. 2292 (2016)—tangled the state of Tex...
...ceedings for years, costing the state more than $1 million.[1] Last but not least, e...
...side abortion, any policy that encourages family members to sue one another is...
...atic from both legal and policy perspectives.

...ig Spring Mayor and City Council
...ovember 26, 2019

...he ACLU of Texas urges Big Spring to consider the best interests of its citizen...
...with its constitutional obligations. In the meantime, we will be closely monitori...
...l ordinance.



