IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | § § § | |
| *Plaintiffs,* | § | |
| v. | § § | Cause No. 1:21-cv-00616-RP |
| AUSTIN REEVE JACKSON, et al., | § § § | |
| *Defendants.* | § | |

**STATE DEFENDANTS' ADVISORY TO THE COURT
REGARDING BRIEFING SCHEDULE**

State Defendants[1] file this advisory to inform the Court that they have received notice of the Court's intention to enter a revised briefing schedule, as described in the Court's Response to Defendants Penny Clarkston and Mark Lee Dickson's Petition for Mandamus, dated August 9, 2021 (the "Response"). State Defendants hereby notify the Court and the other parties that they intend to follow the revised briefing schedule set forth in the Court's Response, unless the Court gives further direction otherwise.

---

[1]    "State Defendants" include Defendants Honorable Austin Reeve Jackson, Judge of the 114th Judicial District Court; Stephen Brint Carlton, Executive Director of the Texas Medical Board; Katherine A. Thomas, Executive Director of the Texas Board of Nursing; Cecile Erwin Young, Executive Commissioner of the Texas Health and Human Services Commission; Allison Vordenbaumen Benz, Executive Director of the Texas Board of Pharmacy; and Ken Paxton, Attorney General of Texas. Plaintiffs have sued the State Defendants in their official capacities.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN E. COWLES**
Deputy Attorney General for Civil Litigation

**THOMAS A. ALBRIGHT**
Chief - General Litigation Division

*/s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Texas Bar No. 24075241
Benjamin.Walton@oag.texas.gov
**CHRISTOPHER D. HILTON**
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov
**HALIE DANIELS**
Texas Bar No. 24100169
Halie.Daniels@oag.texas.gov
Assistant Attorneys General
General Litigation Division

**BETH KLUSMANN**
Texas Bar No. 24036918
Beth.Klusmann@oag.texas.gov
**NATALIE D. THOMPSON**
Texas Bar No. 24088529
Natalie.Thompson@oag.texas.gov
Assistant Solicitors General

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 – Phone
(512) 320-0667 – Fax

***Counsel for State Defendants***

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 11, 2021, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

| | |
|---|---|
| Christen Mason Hebert<br>Johns & Hebert PLLC<br>2028 East Ben White Blvd<br>Suite 240-1000<br>Austin, TX 78741<br>(512) 399-3150<br>chebert@johnshebert.com<br><br>*Attorney for all Plaintiffs* | Julie Murray<br>Richard Muniz<br>Planned Parenthood Federation of America<br>1110 Vermont Ave., NW Ste 300<br>Washington, DC 20005<br>(202) 973-4997<br>Julie.murray@ppfa.org<br>Richard.muniz@ppfa.org<br><br>*Attorneys for Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar* |
| Stephanie Toti<br>LAWYERING PROJECT<br>41 Schermerhorn Street #1056<br>Brooklyn, NY 11201<br>(646) 490-1083<br>stoti@lawyeringproject.org<br><br>*Attorneys for The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, North Texas Equal Access Fund* | Rupali Sharma<br>LAWYERING PROJECT<br>197 Pine Street, Apt. 23<br>Portland, ME 04102<br>(908) 930-6445<br>rsharma@lawyeringproject.org<br><br>*Attorneys for The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, North Texas Equal Access Fund* |

| | |
|---|---|
| Molly Duane<br>Kirby Tyrrell<br>Melanie Fontes<br>Center for Reproductive Rights<br>199 Water Street, 22nd Floor<br>New York, NY 10038<br>(917) 637-3631<br>mduane@reprorights.org<br>ktyrrell@reprorights.org<br>mfontes@reprorights.org<br><br>Jamie A. Levitt<br>J. Alexander Lawrence<br>Morrison & Foerster LLP<br>250 W. 55th Street<br>New York, NY 10019<br>(212) 468-8000<br>jlevitt@mofo.com<br>alawrence@mofo.com<br><br>*Attorneys for Whole Woman's Health, Whole Woman's Health Alliance, Marva Sadler, Southwestern Women's Surgery Center, Allison Gilbert, MD., Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services, Houston Women's Reproductive Services, Reverend Daniel Kanter, and Reverend Erika Forbes.* | Julia Kaye<br>Brigitte Amiri<br>Chelsea Tejada<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY I 0004<br>(212) 549-2633<br>jkaye@aclu.org<br>bamiri@aclu.org<br>ctejada@aclu.org<br><br>Lorie Chaiten<br>American Civil Liberties Union Foundation<br>1640 North Sedgwick Street<br>Chicago, IL 60614<br>(212) 549-2633<br>rfp_lc@aclu.org<br><br>Adriana Pinon<br>David Donatti<br>Andre Segura<br>ACLU Foundation of Texas, Inc.<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>Tel. (713) 942-8146<br>Fax: (713) 942-8966<br>apinon @aclutx.org<br>ddonatti@aclutx.org<br>asegura@aclutx.org<br><br>*Attorneys for Houston Women's Clinic* |

| | |
|---|---|
| Hacker Stephens LLP<br>Heather G. Hacker<br>Andrew B. Stephens<br>108 Wild Basin Rd. South<br>Suite 250<br>Austin, TX 78746<br>(512) 399-3022<br>heather@hackerstephens.com<br>andrew@hackerstephens.com<br><br>*Attorneys for Penny Clarkston* | Mitchell Law PLLC<br>Jonathan F. Mitchell<br>111 Congress, Suite 400<br>Austin, TX 78701<br>(512) 686-3940<br>jonathan@mitchell.law<br><br>*Attorney for Mark Lee Dickson* |
| M. Shane McGuire<br>THE MCGUIRE FIRM, PC<br>102 N College, Suite 301<br>Tyler, Texas 75702<br>(903) 630-7154 – Phone<br>(903) 630-7173 – Fax<br><br>*Additional attorney for Judge Austin Reeve Jackson* | |

      */s/ Benjamin S. Walton*
**BENJAMIN S. WALTON**
Assistant Attorney General