IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMEN'S HEALTH, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-616-RP |
| JUDGE AUSTIN REEVE JACKSON, et. al., | § § § | |
| Defendants. | § | |

## AMENDED SCHEDULING ORDER

In light of Plaintiffs' pending motion for a preliminary injunction, (Dkt. 53), the Court issues the following amended briefing schedule.

1. All responses to Defendants' motions to dismiss shall be filed on or before **August 11, 2021 at 5 p.m.** Any replies shall be filed on or before **August 13, 2021**.

2. Defendants shall respond to Plaintiffs' motion for preliminary injunction, (Dkt. 53), on or before **August 16, 2021 at noon**. Any replies shall be filed on or before **August 19, 2021**.

3. Defendants shall respond to Plaintiffs' motion to certify class, (Dkt. 32), on or before **August 25, 2021 at noon**. Any replies shall be filed on or before **August 27, 2021**.

4. The Court will hold a hearing on Plaintiffs' motion for preliminary injunction on **August 30, 2021**.

**SIGNED** on August 11, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE