UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Whole Woman's Health, et al § <br> vs. § <br> §   NO:  AU:21-CV-00616-RP <br> Austin Reeve Jackson, et al § <br> § | |

## **ORDER**

The Court hereby sets and directs the parties, or counsel acting on their behalf, to appear by phone for a PRELIMINARY INJUNCTION HEARING BY VIDEO on August 30, 2021 at 09:00 AM . The courtroom deputy will send out connection information prior to the hearing.

**SIGNED** on 12th day of August, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE