IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEIGHT, et al., | § § § | |
| *Plaintiffs*, | § § | |
| v. | § § | Cause No. 1:21-cv-00616-RP |
| AUSTIN REEVE JACKSON, et al., | § § § | |
| *Defendants*. | § | |

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that Defendants Penny Clarkston, in her official capacity as Clerk of the District Court of Smith County, Texas; Hon. Austin Reeve Jackson, in his official capacity as Judge of the 114th District Court in Smith County, Texas; Stephen Brint Carlton, in his official capacity as Executive Director of the Texas Medical Board; Katherine A. Thomas, in her official capacity as Executive Director of the Texas Board of Nursing; Cecile Erwin Young, Executive Commissioner of the Texas Health and Human Services Commission; Allison Vordenbaumen Benz, in her official capacity as Executive Director of the Texas Board of Pharmacy; Ken Paxton, in his official capacity as Attorney General of Texas; and Mark Lee Dickson, hereby appeal to the United States Court of Appeals for the Fifth Circuit from the Order issued August 25, 2021 (ECF No. 82), which denies Defendants' motions to dismiss for lack of jurisdiction under Fed. R. Civ. P. 12(b)(1).

1

Dated this 25th Day of August, 2021.

        Respectfully submitted.

        <u>/s/ Heather Gebelin Hacker</u>
        HEATHER GEBELIN HACKER
        Texas Bar No. 24103325
        heather@hackerstephens.com
        ANDREW B. STEPHENS
        Texas Bar No. 24079396
        andrew@hackerstephens.com
        HACKER STEPHENS LLP
        108 Wild Basin Rd. South, Suite 250
        Austin, Texas 78746
        Tel: (512) 399-3022

        *Attorneys for Defendant Penny Clarkston*

        <u>/s/ Jonathan F. Mitchell</u>
        JONATHAN F. MITCHELL
        Texas Bar No. 24075463
        MITCHELL LAW PLLC
        111 Congress Avenue, Suite 400
        Austin, Texas 78701
        (512) 686-3940 (phone)
        (512) 686-3941 (fax)
        jonathan@mitchell.law

        *Attorney for Defendant Mark Lee Dickson*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

THOMAS A. ALBRIGHT
Chief - General Litigation Division

*/s/ Benjamin S. Walton*
BENJAMIN S. WALTON
Texas Bar No. 24075241
Benjamin.Walton@oag.texas.gov
CHRISTOPHER D. HILTON
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov
HALIE DANIELS
Texas Bar No. 24100169
Halie.Daniels@oag.texas.gov
Assistant Attorneys General
General Litigation Division

BETH KLUSMANN
Assistant Solicitor General
Texas Bar No. 24036918
Beth.Klusmann@oag.texas.gov
NATALIE THOMPSON
Assistant Solicitor General
Texas Bar No. 24088529
Natalie.Thompson@oag.texas.gov

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 – Phone
(512) 320-0667 – Fax

*Counsel for State Defendants*

## **CERTIFICATE OF SERVICE**

I certify that on August 25, 2021, this document was served through the Court's CM/ECF Document Filing System upon all counsel of record.

/s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
*Counsel for Defendant Penny Clarkston*
