IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMEN'S HEALTH, et al., | § § § | |
| Plaintiffs, | § § | |
| v. | § § | 1:21-CV-616-RP |
| JUDGE AUSTIN REEVE JACKSON, et. al., | § § § | |
| Defendants. | § | |

## SCHEDULING ORDER

In light of the Court's denial of Defendants' motion to stay as to Defendant Mark Lee Dickson ("Dickson"), (Dkt. 88), the Court issues the following amended briefing schedule with regard to Plaintiffs' pending motion for summary judgment, (Dkt. 19), that was filed on July 13, 2021:

1. Dickson shall respond to Plaintiffs' motion for summary judgment, (Dkt. 19), on or before **September 3, 2021**. Any replies shall be filed on or before **September 7, 2021**.

**SIGNED** on August 27, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE