# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| Whole Woman's Health, et al | § | |
| vs. | § | CIVIL NO: |
| | § | AU:21-CV-00616-RP |
| Austin Reeve Jackson, Penny Clarkston, Mark | § | |
| Lee Dickson, Stephen Brint Carlton, Katherine | § | |
| A. Thomas, Cecile Erwin Young, Allison | § | |
| Vordenbaumen Benz, Ken Paxton | | |

## ORDER CANCELLING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PRELIMINARY INJUNCTION HEARING BY VIDEO** on **Monday, August 30, 2021 at 09:00 AM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 29th day of August, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE