# United States Court of Appeals
# for the Fifth Circuit

---

No. 21-50792

---

Whole Woman's Health, *on behalf of itself, its staff, physicians, nurses, and patients*; Alamo City Surgery Center, P.L.L.C., *on behalf of itself, its staff, physicians, nurses, and patients, doing business as Alamo Women's Reproductive Services*; Brookside Women's Medical Center, P.A., *on behalf of itself, its staff, physicians, nurses, and patients, doing business as Brookside Women's Health Center and Austin Women's Health Center*; Houston Women's Clinic, *on behalf of itself, its staff, physicians, nurses, and patients*; Houston Women's Reproductive Services, *on behalf of itself, its staff, physicians, nurses, and patients*; Planned Parenthood Center for Choice, *on behalf of itself, its staff, physicians, nurses, and patients*; Planned Parenthood of Greater Texas Surgical Health Services, *on behalf of itself, its staff, physicians, nurses, and patients*; Planned Parenthood South Texas Surgical Center, *on behalf of itself, its staff, physicians, nurses, and patients*; Southwestern Women's Surgery Center, *on behalf of itself, its staff, physicians, nurses, and patients*; Whole Women's Health Alliance, *on behalf of itself, its staff, physicians, nurses, and patients*; Medical Doctor Allison Gilbert, *on behalf of herself and her patients*; Medical Doctor Bhavik Kumar, *on behalf of himself and his patients*; The Afiya Center, *on behalf of itself and its staff*; Frontera Fund, *on behalf of itself and its staff*; Fund Texas Choice, *on behalf of itself and its staff*; Jane's Due Process, *on behalf of itself and its staff*; Lilith Fund, Incorporated, *on behalf of itself and its staff*; North Texas Equal Access Fund, *on behalf of itself and its staff*; Reverend Erika Forbes; Reverend Daniel Kanter; Marva Sadler,

*Plaintiffs—Appellees*,

*versus*

Judge Austin Reeve Jackson; Penny Clarkston; Mark Lee Dickson; Stephen Brint Carlton; Katherine A. Thomas; Cecile Erwin Young; Allison Vordenbaumen Benz; Ken Paxton,

                                                   *Defendants—Appellants.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 1:21-cv-616

Before Jones, Duncan, and Engelhardt, *Circuit Judges.*

Per Curiam:

    IT IS ORDERED that a temporary administrative stay of the district court proceedings, including the upcoming preliminary injunction hearing, is GRANTED until further order of this court. Appellant Mark Lee Dickson is ORDERED to file a combined response and reply of no more than 7,500 words to Appellees' Combined Motion to Dismiss Defendant-Appellant Mark Lee Dickson's Appeal and Opposition to Emergency Stay Motion, by 9 a.m. central time on Tuesday, August 31, 2021.

    IT IS FURTHER ORDERED that Appellees' joint opposed motion to expedite the appeal is DENIED.

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 27, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-50792   Whole Woman's Health v. Jackson
                   USDC No. 1:21-CV-616

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Mary Frances Yeager, Deputy Clerk
504-310-7686

Ms. Jeannette Clack
Ms. Heather Gebelin Hacker
Mr. Marc A. Hearron
Mr. Joseph Alexander Lawrence
Mr. Jonathan F. Mitchell
Mr. Richard Muniz
Ms. Julie A. Murray
Mr. Andre Segura
Mr. Andrew Bowman Stephens
Mr. Judd Edward Stone II
Mrs. Natalie Deyo Thompson
Ms. Stephanie Toti
Mr. Benjamin Walton