(ORDER LIST: 595 U.S.)

## FRIDAY, OCTOBER 22, 2021

### CERTIORARI GRANTED

21-463    WHOLE WOMAN'S HEALTH, ET AL. V. JACKSON, JUDGE, ETC., ET AL.

The petition for a writ of certiorari before judgment is granted.

The briefs of the parties, limited to 13,000 words, are to be filed electronically on or before 5 p.m., Wednesday, October 27, 2021. Reply briefs, if any, limited to 6,000 words, are to be filed electronically on or before 5 p.m., Friday, October 29, 2021. Any *amicus curiae* briefs are to be filed electronically on or before 5 p.m., Wednesday, October 27, 2021. Booklet format briefs prepared in compliance with Rule 33.1 shall be submitted as soon as possible thereafter. The parties are not required to file a joint appendix.

The case is set for oral argument on Monday, November 1, 2021.

# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

October 25, 2021

Ms. Jeannette Clack
Western District of Texas, Austin
United States District Court
501 W. 5th Street
Austin, TX 78701-0000

    No. 21-50792    Whole Woman's Health v. Jackson
                             USDC No. 1:21-CV-616

Dear Ms. Clack,

Enclosed is a copy of the Supreme Court order granting certiorari.

                                      Sincerely,

                                      LYLE W. CAYCE, Clerk

                                      By: _____
                                      Stacy M. Carpenter, Deputy Clerk