IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| | ) | CASE NO. 1:21-CV-00616-RP |
| v. | ) | |
| | ) | |
| AUSTIN REEVE JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION FOR WITHDRAWAL OF CO-COUNSEL**

Christen Mason Hebert, co-counsel for Plaintiffs, files this motion respectfully requesting that the Court permit her withdrawal as co-counsel in this case.

This request for withdrawal is made with Plaintiffs' consent and the consent of all other co-counsel. This withdrawal is sought as Ms. Hebert will be taking a judicial clerkship and is not sought for the purpose of delay.

Dated: January 17, 2022

Respectfully submitted,

  /s/ Christen Mason Hebert
Christen Mason Hebert
Texas Bar No. 24099898
JOHNS & HEBERT PLLC
2028 East Ben White Boulevard
Suite 240-1000
Austin, Texas 78741
512-399-3150
512-572-8005 fax
chebert@johnshebert.com

*Attorney for all Plaintiffs*

1

**Certificate of Service**

I hereby certify that on the 17th day of January 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system.

                                              /s/ Christen Mason Hebert
                                              Christen Mason Hebert