IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL ACTION |
| | ) | |
| v. | ) | CASE NO. 1:21-CV-00616-RP |
| | ) | |
| AUSTIN REEVE JACKSON, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER GRANTING PLAINTIFFS' MOTION FOR WITHDRAWAL OF CO-COUNSEL**

ON THIS DAY, the Court considered Plaintiffs' Motion for Withdrawal of Co-counsel. The Court is of the opinion that the same should be in all things granted.

IT IS THEREFORE ORDERED that Christen Mason Hebert is withdrawn as counsel in this matter and is hereby discharged from any further responsibility or action in this case.

SIGNED on this _____ day of January, 2022.

_____
THE HONORABLE ROBERT PITMAN
United States District Judge for the Western District of Texas