UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>AUSTIN REEVE JACKSON, in his official capacity as Judge of the 114th District Court, and on behalf of a class of all Texas judges similarly situated, *et al.*,<br><br>*Defendants*. | Civil Action No. 1:21-cv-00616-RP |

**PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF CO-COUNSEL**

Plaintiffs Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar (together, "Planned Parenthood Plaintiffs") move to withdraw Richard Muniz as their counsel in this matter and in support state:

1. Mr. Muniz is co-counsel for the Planned Parenthood Plaintiffs.

2. Mr. Muniz is leaving his employment with Planned Parenthood Federation of America.

3. The Planned Parenthood Plaintiffs remain represented by Julie Murray.

4. Defendants and the other Plaintiffs do not oppose this motion.

5. The Planned Parenthood Plaintiffs request that Mr. Muniz be permitted to withdraw as co-counsel for Planned Parenthood Plaintiffs.

Dated: January 19, 2022

Respectfully submitted,

*/s/ Richard Muniz*

Julie A. Murray
Richard Muniz
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave., NW Ste. 300
Washington, DC 20005
(202) 973-4997
julie.murray@ppfa.org
richard.muniz@ppfa.org

*Attorneys for Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January 2022, I electronically filed a copy of the above document with the Clerk of the Court using the CM/ECF system.

<u>/s/ Richard Muniz</u>
Richard Muniz