UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Whole Woman's Health**, et al.,<br><br>                     Plaintiffs,<br><br>v.<br><br>**Austin Reeve Jackson**, et al.,<br><br>                     Defendants. | Case No. 1:21-cv-00616-RP |

## [PROPOSED] ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO DISMISS IN PART FOR LACK OF SUBJECT-MATTER JURISDICTION

The defendants' unopposed motion to dismiss in part for lack of subject-matter jurisdiction is GRANTED. The following claims are dismissed for lack of subject-matter jurisdiction:

1. Claims 1 through 5 of the plaintiffs' complaint
2. All claims asserted against defendants Austin Reeve Jackson and Penny Clarkston

Dated: _____, 2022

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE