UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| **Whole Woman's Health**, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>**Austin Reeve Jackson**, et al.,<br><br>Defendants. | Case No. 1:21-cv-00616-RP |

## DEFENDANTS' AMENDED MOTION TO DISMISS IN PART FOR LACK OF SUBJECT-MATTER JURISDICTION

In accordance with the Fifth Circuit's order of April 26, 2022, the defendants respectfully move to dismiss: (1) Claims 1 through 5 of the plaintiffs' complaint (ECF No. 1); and (2) All claims asserted against defendants Austin Reeve Jackson and Penny Clarkston. *See* Fed. R. Civ. P. 12(b)(1); *Whole Woman's Health v. Jackson*, 142 S. Ct. 522 (2021). We have conferred with counsel for the plaintiffs and they intend to file a statement in response setting forth their position. A proposed order is attached.

Respectfully submitted.

| | |
|---|---|
| KEN PAXTON<br>Attorney General of Texas | /s/ Jonathan F. Mitchell<br>JONATHAN F. MITCHELL<br>Texas Bar No. 24075463 |
| BRENT WEBSTER<br>First Assistant Attorney General | Mitchell Law PLLC<br>111 Congress Avenue, Suite 400<br>Austin, Texas 78701 |
| GRANT DORFMAN<br>Deputy First Assistant Attorney General | (512) 686-3940 (phone)<br>(512) 686-3941 (fax)<br>jonathan@mitchell.law |
| SHAWN E. COWLES<br>Deputy Attorney General for Civil Litigation | *Counsel for Defendant Mark Lee Dickson* |

CHRISTOPHER D. HILTON
Chief, General Litigation Division
Texas Bar No. 24087727
Christopher.Hilton@oag.texas.gov

BENJAMIN S. WALTON
Assistant Attorney General
General Litigation Division
Texas Bar No. 24075241
Benjamin.Walton@oag.texas.gov

 /s/ NATALIE D. THOMPSON
NATALIE D. THOMPSON
Assistant Solicitor General
Texas Bar No. 24088529
Natalie.Thompson@oag.texas.gov

BETH KLUSMANN
Assistant Solicitor General
Texas Bar No. 24036918
Beth.Klusmann@oag.texas.gov

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)

*Counsel for State Defendants*

Dated: May 22, 2022

 /s/ Heather Gebelin Hacker
HEATHER GEBELIN HACKER
Texas Bar No. 24103325
ANDREW B. STEPHENS
Texas Bar No. 24079396
Hacker Stephens LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)
heather@hackerstephens.com
andrew@hackerstephens.com

*Counsel for Defendant Penny Clarkston*

## CERTIFICATE OF CONFERENCE

I certify that I have conferred with Marc Hearron, counsel for the plaintiffs, and he informed me that the plaintiffs intend to file a statement in response setting forth their position.

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendant Mark Lee Dickson*

## CERTIFICATE OF SERVICE

I certify that on May 22, 2022, I served this document through CM/ECF upon:

CHRISTEN MASON HEBERT
Johns & Hebert PLLC
2028 East Ben White Blvd
Suite 240-1000
Austin, Texas 78741
(512) 399-3150
chebert@johnshebert.com

*Counsel for all Plaintiffs*

MARC HEARRON
Center for Reproductive Rights
1634 Eye Street, NW, Suite 600
Washington, DC 20006
(202) 524-5539
mhearron@reprorights.org

MOLLY DUANE
KIRBY TYRRELL
MELANIE FONTES
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, New York 10038
(917) 637-3631
mduane@reprorights.org
ktyrrell@reprorights.org
mfontes@reprorights.org

JAMIE A. LEVITT
J. ALEXANDER LAWRENCE
Morrison & Foerster LLP
250 West 55th Street
New York, New York 10019
(212) 468-8000
jlevitt@mofo.com
alawrence@mofo.com

*Counsel for Whole Woman's Health,
Whole Woman's Health Alliance, Marva
Sadler, Southwestern Women's Surgery
Center, Allison Gilbert, Brookside*

JULIE MURRAY
RICHARD MUNIZ
Planned Parenthood Federation of America
1110 Vermont Avenue, NW Suite 300
Washington, DC 20005
(202) 973-4997
julie.murray@ppfa.org
richard.muniz@ppfa.org

*Counsel for Planned Parenthood of
Greater Texas Surgical Health Services,
Planned Parenthood South Texas
Surgical Center, Planned Parenthood
Center for Choice, and Bhavik Kumar*

JULIA KAYE
BRIGITTE AMIRI
CHELSEA TEJADA
American Civil Liberties Union Foundation
125 Broad Street, 18th Floor
New York, New York 10004
(212) 549-2633
jkaye@aclu.org
bamiri@aclu.org
ctejada@aclu.org

LORIE CHAITEN
American Civil Liberties Union Foundation
1640 North Sedgwick Street
Chicago, Illinois 60614
(212) 549-2633
rfp_lc@aclu.org

ADRIANA PINON
DAVID DONATTI
ANDRE SEGURA
ACLU Foundation of Texas, Inc.
5225 Katy Freeway, Suite 350
Houston, TX 77007
(713) 942-8146 (phone)
(713) 942-8966 (fax)

*Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Alamo City Surgery Center PLLC d/b/a Alamo Women's Reproductive Services, Houston Women's Reproductive Services, Daniel Kanter, and Erika Forbes*

STEPHANIE TOTI
Lawyering Project
41 Schermerhorn Street #1056
Brooklyn, New York 11201
(646) 490-1083
stoti@lawyeringproject.org

RUPALI SHARMA
Lawyering Project
197 Pine Street, Apt. 23
Portland, Maine 04102
(908) 930-6445
rsharma@lawyeringproject.org

*Counsel for The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, North Texas Equal Access Fund*

ANDREW B. STEPHENS
HEATHER GEBELIN HACKER
Hacker Stephens LLP
108 Wild Basin Road South, Suite 250
Austin, Texas 78746
(512) 399-3022 (phone)
andrew@hackerstephens.com
heather@hackerstephens.com

*Counsel for Defendant Penny Clarkston*

apinon@aclutx.org
ddonatti@aclutx.org
asegura@aclutx.org

*Counsel for Houston Women's Clinic*

BENJAMIN S. WALTON
CHRISTOPHER D. HILTON
BETH KLUSMANN
NATALIE THOMPSON
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 (phone)
(512) 320-0667 (fax)
benjamin.walton@oag.texas.gov
christopher.hilton@oag.texas.gov
halie.daniels@oag.texas.gov
beth.klusmann@oag.texas.gov
natalie.thompson@oag.texas.gov

*Counsel for State Defendants*

 /s/ Jonathan F. Mitchell
JONATHAN F. MITCHELL
*Counsel for Defendant Mark Lee Dickson*