IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., § § Plaintiffs, § v. § JUDGE AUSTIN REEVE § JACKSON, et al., § § Defendants. § | § § § § § § § § § | CAUSE NO. 1:21-CV-00616-RP |

### STATE DEFENDANTS' UNOPPOSED MOTION TO WITHDRAW COUNSEL

Defendants Judge Austin Reeve Jackson, Stephen Brint Carlton, Katherine A. Thomas, Cecile Erwin Young, Timothy L. Tucker,[*] and Ken Paxton ("State Defendants") respectfully file this unopposed motion to withdraw counsel, requesting the Court to permit the withdrawal of former Assistant Attorney General Halie Daniels as counsel in the above captioned cause. There is good cause for this request, because Ms. Daniels recently left her position with the Office of the Attorney General of Texas. All other counsel for the State Defendants, including lead counsel Benjamin S. Walton, will continue to represent the State Defendants. The withdrawal of Ms. Daniels will not delay these proceedings.

---

[*]   Mr. Tucker has succeeded Allison Vordenbaumen Benz as Executive Director of the Texas State Board of Pharmacy. He is automatically substituted as defendant pursuant to Federal Rule of Civil Procedure 25(d).

For the foregoing reasons, the State Defendants respectfully request that the Court grant this motion to withdraw Halie Daniels as counsel.

Respectfully submitted.

**KEN PAXTON**
Attorney General of Texas

**BRENT WEBSTER**
First Assistant Attorney General

**GRANT DORFMAN**
Deputy First Assistant Attorney General

**SHAWN COWLES**
Deputy Attorney General for Civil Litigation

**CHRISTOPHER HILTON**
Chief - General Litigation Division

**BENJAMIN S. WALTON**
Texas Bar No. 24075241
Assistant Attorney General
General Litigation Division

*/s/ Natalie D. Thompson*
**BETH KLUSMANN**
Texas Bar No. 24036918
**NATALIE D. THOMPSON**
Texas Bar No. 24088529
Assistant Solicitors General

*/s/ Halie E. Daniels, by permission*
**HALIE E. DANIELS**
Texas Bar No. 24100169

Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 – Phone
(512) 320-0667 – Fax

***Counsel for State Defendants***

2

## Certificate of Conference

Counsel for the State Defendants conferred with counsel for all other parties on May 20, 2022. No party is opposed to the requested withdrawal.

*/s/ Natalie D. Thompson*
**Natalie D. Thompson**
Assistant Solicitor General

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2022, a true and correct copy of this document was electronically filed using the Court's CM/ECF system, which will send notification of such filing to the following counsel of record:

Marc Hearron
Center for Reproductive Rights
1634 Eye St., N.W., Ste. 600
Washington, DC 20006
(202) 524-5539
mhearron@reprorights.org

Molly Duane
Kirby Tyrrell
Melanie Fontes
Nicolas Kabat
Center for Reproductive Rights
199 Water Street, 22nd Floor
New York, NY 10038
(917) 637-3631
mduane@reprorights.org
ktyrrell@reprorights.org
mfontes@reprorights.org
nkabat@reprorights.org

Jamie A. Levitt
J. Alexander Lawrence
Morrison & Foerster LLP
250 W. 55th Street
New York, NY 10019
(212) 468-8000
jlevitt@mofo.com
alawrence@mofo.com
*Attorneys for Whole Woman's Health, Whole Woman's Health Alliance, Marva Sadler, Southwestern Women's Surgery Center, Allison Gilbert, MD., Brookside Women's Medical Center PA d/b/a Brookside Women's Health Center and Austin Women's Health Center, Alamo City Surgery Center PLLC d/b/a Alamo*

Julie Murray
Planned Parenthood Federation of America
1110 Vermont Ave., NW Ste 300
Washington, DC 20005
(202) 973-4997
Julie.murray@ppfa.org

*Attorneys for Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar*

Stephanie Toti
Lawyering Project
41 Schermerhorn Street #1056
Brooklyn, NY 11201
(646) 490-1083
stoti@lawyeringproject.org

Rupali Sharma
Lawyering Project
197 Pine Street, Apt. 23
Portland, ME 04102
(908) 930-6445
rsharma@lawyeringproject.org

*Attorneys for The Afiya Center, Frontera Fund, Fund Texas Choice, Jane's Due Process, Lilith Fund for Reproductive Equity, and North Texas Equal Access Fund*

| | |
|---|---|
| *Women's Reproductive Services, Houston Women's Reproductive Services, Reverend Daniel Kanter, and Reverend Erika Forbes* | Julia Kaye<br>Brigitte Amiri<br>Chelsea Tejada<br>American Civil Liberties Union Foundation<br>125 Broad Street, 18th Floor<br>New York, NY I 0004<br>(212) 549-2633<br>jkaye@aclu.org<br>bamiri@aclu.org<br>ctejada@aclu.org<br><br>Lorie Chaiten<br>American Civil Liberties Union Foundation<br>1640 North Sedgwick Street<br>Chicago, IL 60614<br>(212) 549-2633<br>rfp_lc@aclu.org<br><br>Adriana Pinon<br>David Donatti<br>Andre Segura<br>ACLU Foundation of Texas, Inc.<br>5225 Katy Freeway, Suite 350<br>Houston, TX 77007<br>Tel. (713) 942-8146<br>Fax: (713) 942-8966<br>apinon@aclutx.org<br>ddonatti@aclutx.org<br>asegura@aclutx.org<br><br>*Attorneys for Houston Women's Clinic* |

5

| | |
|---|---|
| Heather G. Hacker<br>Andrew B. Stephens<br>Hacker/Stephens LLP<br>108 Wild Basin Rd. South<br>Suite 250<br>Austin, TX 78746<br>(512) 399-3022<br>heather@hackerstephens.com<br>andrew@hackerstephens.com<br><br>*Attorneys for Penny Clarkston* | Jonathan F. Mitchell<br>Mitchell Law PLLC<br>111 Congress, Suite 400<br>Austin, TX 78701<br>(512) 686-3940<br>jonathan@mitchell.law<br><br>*Attorney for Mark Lee Dickson* |

M. Shane McGuire
The McGuire Firm, PC
102 N College, Suite 301
Tyler, Texas 75702
(903) 630-7154 – Phone
(903) 630-7173 – Fax

*Additional attorney for Judge Austin Reeve Jackson*

                                                  */s/ Natalie D. Thompson*
                                                  **Natalie D. Thompson**
                                                  Assistant Solicitor General