# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | | |
|---|---|---|
| WHOLE WOMAN'S HEALTH, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | CAUSE NO. 1:21-CV-00616-RP |
| JUDGE AUSTIN REEVE JACKSON, et al., | § § § | |
| Defendants. | § § | |

## ORDER GRANTING UNOPPOSED
## MOTION TO WITHDRAW COUNSEL

On this date, the Court considered the motion to withdraw counsel filed by Defendants Judge Austin Reeve Jackson, Stephen Brint Carlton, Katherine A. Thomas, Cecile Erwin Young, Timothy L. Tucker, and Ken Paxton. After considering the motion, which is unopposed, and the other pleadings in this matter, the Court is of the opinion that the Motion is meritorious and should be **GRANTED**.

**IT IS THEREFORE ORDERED** that Halie Daniels is withdrawn as counsel in this cause. The Clerk is instructed to remove Ms. Daniels from the electronic service list.

SIGNED this _____ day of May, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE