IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, *et al.*,<br><br>    *Plaintiffs*,<br><br>v.<br><br>AUSTIN REEVE JACKSON, in his official capacity as Judge of the 114th District Court, and on behalf of a class of all Texas judges similarly situated, *et al.*,<br><br>    *Defendants*. | Civil Action No.: 1:21-cv-00616-RP |

**[PROPOSED] ORDER**

    Pursuant to the U.S. Supreme Court's December 10, 2021, decision and the Fifth Circuit's April 26, 2022, order in this case, Claims 1 through 5 of the complaint are dismissed, and Claims 6 and 7 are dismissed as to Defendants Jackson, Clarkston, Paxton, and Dickson.

    The Court retains jurisdiction over any subsequent claims for fees and/or costs incurred in this litigation.

Dated: _____, 2022          _____
                                                                  Robert Pitman
                                                                  United States District Judge