UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**Whole Woman's Health**, et al.,

    Plaintiffs,

v.

**Austin Reeve Jackson**, et al.,

    Defendants.

Case No. 1:21-cv-00616-RP

## [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS IN PART FOR LACK OF SUBJECT-MATTER JURISDICTION

The defendants' amended motion to dismiss in part for lack of subject-matter jurisdiction (ECF No. 103) is GRANTED. The following claims are dismissed for lack of subject-matter jurisdiction:

1. Claims 1 through 5 of the plaintiffs' complaint
2. All claims asserted against defendants Austin Reeve Jackson, Penny Clarkston, Ken Paxton, and Mark Lee Dickson

Dated: _____, 2022

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE