FILED
June 24, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _Julie Golden_
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

WHOLE WOMAN'S HEALTH, *et al.*,

   *Plaintiffs*,

v.

AUSTIN REEVE JACKSON, in his official capacity as Judge of the 114th District Court, and on behalf of a class of all Texas judges similarly situated, *et al.*,

   *Defendants*.

Civil Action No.: 1:21-cv-00616-RP

## ORDER

Pursuant to the U.S. Supreme Court's December 10, 2021, decision and the Fifth Circuit's April 26, 2022, order in this case, Claims 1 through 5 of the complaint are dismissed, and Claims 6 and 7 are dismissed as to Defendants Jackson, Clarkston, Paxton, and Dickson.

The Court retains jurisdiction over any subsequent claims for fees and/or costs incurred in this litigation.

Dated: _June 24_, 2022

_[signature]_
Robert Pitman
United States District Judge