## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEIGHT, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AUSTIN REEVE JACKSON, in his official capacity as Judge of the 114th District Court, and on behalf of a class of all Texas judges similarly situated, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:21-cv-00616-RP |

### PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF CO-COUNSEL

Plaintiffs Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar (together, "Planned Parenthood Plaintiffs") move to withdraw Julie Murray as their counsel in this matter and in support state:

1. Ms. Murray is co-counsel for the Planned Parenthood Plaintiffs.

2. Ms. Murray is leaving her employment with Planned Parenthood Federation of America.

3. The Planned Parenthood Plaintiffs remain represented by Sarah Mac Dougall.

4. Defendants and the other Plaintiffs do not oppose this motion.

5. The Planned Parenthood Plaintiffs request that Ms. Murray be permitted to withdraw as co-counsel for Planned Parenthood Plaintiffs.

Dated: January 31, 2023

Respectfully submitted,

/s/ Julie Murray

Julie Murray
Sarah Mac Dougall
PLANNED PARENTHOOD FEDERATION OF AMERICA
1110 Vermont Ave., NW Ste. 300
Washington, DC 20005
(202) 973-4997
julie.murray@ppfa.org
sarah.macdougall@ppfa.org

*Attorneys for Planned Parenthood of Greater Texas Surgical Health Services, Planned Parenthood South Texas Surgical Center, Planned Parenthood Center for Choice, and Dr. Bhavik Kumar*

## CERTIFICATE OF SERVICE

I certify that on this 31st day of January 2023, I electronically filed a copy of the above document with the Clerk of the Court using the CM/ECF system.

<u>*/s/ Julie Murray*</u>
Julie Murray