# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| WHOLE WOMAN'S HEALTH, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> AUSTIN REEVE JACKSON, in his official capacity as Judge of the 114th District Court, and on behalf of a class of all Texas judges similarly situated, *et al.*, <br><br> *Defendants*. | Civil Action No. 1:21-cv-00616-RP |

## ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION FOR WITHDRAWAL OF CO-COUNSEL

ON THIS DAY, the Court considered Plaintiffs' Motion for Withdrawal of Co-Counsel. The Court is of the opinion that the same should be in all things granted.

IT IS THEREFORE ORDERED that Julie Murray is withdrawn as counsel in this matter and is hereby discharged from any further responsibility or action in this case.

SIGNED on this _____ day of January, 2023.

_____
THE HONORABLE ROBERT PITMAN
United States District Judge for the
Western District of Texas